[No. 28762-9-III.   Division Three.   May 10, 2011.]

The State of Washington, *Respondent*, v. William A. Page, *Appellant*.

Appeal from a judgment of the Superior Court for Ferry County, No. 08-1-00047-8, Allen Nielson, J., entered December 18, 2009. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Brown, J., concurred in by Korsmo, A.C.J., and Siddoway, J.

[No. 28843-9-III.   Division Three.   May 10, 2011.]

The State of Washington, *Appellant*, v. Noel Garcia, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 09-1-01501-1, C. James Lust, J., entered January 27, 2010. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Brown and Siddoway, JJ. Now published at 162 Wn. App. 678.

[No. 28870-6-III.   Division Three.   May 10, 2011.]

The State of Washington, *Respondent*, v. Rogelio Mendoza Hernandez, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 09-1-01183-8, Craig J. Matheson, J., entered March 11, 2010. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Brown and Siddoway, JJ.

[No. 28415-8-III.   Division Three.   May 12, 2011.]

Hans Vogel et al., *Appellants*, v. The City of Richland et al., *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 08-2-00004-1, Craig J. Matheson, J., entered August 6, 2009. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo, A.C.J., and Brown, J.